```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 28484
   DAVID HAWKINS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

       Debtor
  SSN XXX-XX-9758

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/02/2004 and was confirmed 02/14/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 04/21/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
TURNER ACCEPTANCE          SECURED              3692.79        368.14         3692.79
IL STATE DISBURSEMENT UN   PRIORITY             4115.69           .00         4115.69
AMERICAN GENERAL FINANCE   UNSECURED          NOT FILED           .00             .00
AUTO TITLE LOAN            UNSECURED          NOT FILED           .00             .00
BILL KAY CHEVROLET         UNSECURED          NOT FILED           .00             .00
CHARTER ONE                UNSECURED          NOT FILED           .00             .00
CITY OF CHICAGO PARKING    UNSECURED          NOT FILED           .00             .00
COMMONWEALTH EDISON        UNSECURED          NOT FILED           .00             .00
COMCAST                    UNSECURED          NOT FILED           .00             .00
NATIONWIDE COMMERCIAL LP   UNSECURED             2153.56          .00          2153.56
PEOPLES GAS LIGHT & COKE   UNSECURED                 .00          .00             .00
SPRINT                     UNSECURED          NOT FILED           .00             .00
WEST SUBURBAN HEALTH CAR   UNSECURED          NOT FILED           .00             .00
SHORT TERM LOAN            UNSECURED          NOT FILED           .00             .00
STATE FARM ILLINOIS C U    UNSECURED          NOT FILED           .00             .00
IL STATE DISBURSEMENT UN   UNSECURED               40.00          .00            40.00
BENNIE W FERNANDEZ         REIMBURSEMENT          20.00           .00            20.00
BENNIE W FERNANDEZ         DEBTOR ATTY        2,500.00                         2,500.00
TOM VAUGHN                 TRUSTEE                                              773.01
DEBTOR REFUND              REFUND                                               202.47

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                  RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE          13,865.66

PRIORITY                              4,135.69
SECURED                               3,692.79
   INTEREST                             368.14
UNSECURED                             2,193.56
ADMINISTRATIVE                        2,500.00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 28484 DAVID HAWKINS
```

```
TRUSTEE COMPENSATION                                              773.01
DEBTOR REFUND                                                     202.47
                                     ----------------    ----------------
TOTALS                                      13,865.66          13,865.66
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                   /s/ Tom Vaughn
   Dated: 07/28/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```